USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: April 1, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL TWIGGS,

                Plaintiff,

– against –

UNITED STATES OF AMERICA.

**ORDER**

16 Civ. 4562 (ER)
13 Cr. 608 (ER)

Ramos, D.J.:

      The above-captioned 28 U.S.C. § 2255 petition was filed on June 14, 2016. Doc. 1. On January 10, 2017, the Court granted Twiggs' request to stay the action pending the final resolution in *Beckles v. United States*, 137 S. Ct. 886, 197 L. Ed. 2d 145 (2017). Doc. 6. On March 6, 2017, the Supreme Court issued an opinion on *Beckles*. For approximately two years, the parties have failed to take any action in this case. Accordingly, the parties are directed to provide the Court with a joint status report **no later than April 15, 2020.** Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

      It is SO ORDERED.

Dated: April 1, 2020
       New York, New York

                                                  Edgardo Ramos, U.S.D.J.